```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| ISRAEL CRUZ,<br>    Movant<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CRIMINAL ACTION<br>NO. 1:05-CR-324-6-CAP<br><br>CIVIL ACTION NO. 1:10-CV-3698 |

**O R D E R**

This action is currently before the court on the Magistrate Judge's report and recommendation [Doc. No. 1336]. There are no objections thereto.[1] Having carefully considered the report and recommendation, and the record as whole, the court receives the report and recommendation [Doc. No. 1336] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 29th day of July, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge

---

[1] The movant filed a reply to supplemental response [Doc. No. 1340] indicating his objection to the fact that a magistrate judge issued an R&R and alternatively stating that he would file objections by July 27, 2011. Therefore, the court withheld ruling on the R&R in anticipation of those objections. However, the movant failed to file objection. Moreover, his objection to the fact that a magistrate judge issued an R&R is without merit. The magistrate judge is authorized to issue a Report and Recommendation on non-dispositive matters. 28 U.S.C. § 636(b)(1).